UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAUNTA MCAHREN,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No.  C06-1752-RSL-MAT<br><br><br>~~PROPOSED~~ ORDER FOR<br>EXTENSION OF TIME |

Based on the stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including July 6, 2007, to file Defendant's responsive brief, and Plaintiff shall have up to and including July 20, 2007, to file a reply brief.

**Absent extraordinary circumstances, no further extensions will be granted.**

DATED this 12th day of June, 2007.

　　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

s/ NANCY A. MISHALANIE　　　　WSB # 18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone:  (206) 615-3619
FAX:  (206) 615-2531
Nancy.Mishalanie@ssa.gov

Page 1　　　~~PROPOSED~~ ORDER - [C06-1752-RSL-MAT]