UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAUNTA M. McAHREN, ) | CASE NO. C06-1752RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER AFFIRMING IN PART |
| MICHAEL J. ASTRUE, ) | AND REMANDING IN PART FOR |
| Commissioner of Social Security, ) | FURTHER ADMINISTRATIVE |
| ) | PROCEEDINGS |
| Defendant. ) | |
| _____ ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court affirms in part the decision of the ALJ, but remands in part this matter for further administrative proceedings. On remand, the ALJ should provide references to the portions of the administrative record that support the conclusion that plaintiff has not been honest with the examining mental

ORDER AFFIRMING IN PART AND REMANDING
IN PART FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE -1

health professionals concerning substance abuse.  The ALJ should also develop and fully explain the basis for the finding that plaintiff is capable of performing her past relevant work; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 1st day of October, 2007.

Robert S. Lasnik
United States District Judge

ORDER AFFIRMING IN PART AND REMANDING
IN PART FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE -2