UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAUNTA M. McAHREN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:06-CV-1752-RSL<br><br><br>ORDER FOR<br>ATTORNEY FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and that payment shall be mailed to her attorney at Law Offices of Steven M. Robey, 1414 F Street, Bellingham, WA 98225.

///

///

Page 1      ORDER - [2:06-CV-1752-RSL]

1  DATED this 8th day of January 2008.

3

4  */s/ Robert S. Lasnik*
_____
Robert S. Lasnik
United States District Judge

Presented by:

s/ NANCY A. MISHALANIE       WSB # 18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3619
FAX: (206) 615-2531
Nancy.Mishalanie@ssa.gov

Page 2    ORDER - [2:06-CV-1752-RSL]